# MISCELLANEOUS ORDERS

2006-0755. **In re Application of Howard.**

This matter is pending before the court upon the filing of a report of the Board of Commissioners on

Character and Fitness. On June 14, 2006, applicant, Micheal Howard, filed a motion to seal the record in this matter. Upon consideration thereof,

IT IS ORDERED by this court that the motion is denied.

PFEIFER, J., dissents.